1  **DANIEL L. HARRALSON, #109322**
   THE DANIEL HARRALSON LAW FIRM
2  A Professional Corporation
   P.O. Box 26688
3  Fresno, California 93729-6688
   Telephone (559) 486-4560
4  Facsimile (559) 486-4320

5  Attorney for Defendant:   STEVEN ALAN LOBUE

6

7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                          * * * * *

10 UNITED STATES OF AMERICA,            )   Case No. CRF-08-00384 OWW
                                        )
11         Plaintiff,                   )
                                        )   **STIPULATION AND ORDER TO PLACE**
12 vs.                                  )   **CHANGE OF PLEA HEARING ON**
                                        )   **CALENDAR**
13                                      )
                                        )
14 STEVEN ALAN LOBUE,                   )   Date:  December 21, 2009
                                        )   Time: 9:00 am
15         Defendant.                   )   Court: Hon. Oliver W. Wanger
                                        )
16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel,

18 that a Change of Plea Hearing be placed on the courts calendar for Monday, December 21, 2009 at 9:00 am

19 in the above-entitled court.

20
   DATED:  December 17, 2009            **THE DANIEL HARRALSON LAW FIRM**
21                                      A Professional Corporation

22
                                        /s/ Daniel L. Harralson
23
                                        **DANIEL L. HARRALSON, ESQ.**
24

25                                      /s/ David Gappa
   DATED: December 17, 2009
26                                      DAVID GAPPA
                                        Assistant United States Attorney
27

28

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

**GOOD CAUSE APPEARING IT IS SO ORDERED** that the Change of Plea Hearing be placed on the courts calendar for Monday, December 17, 2009 at 9:00 am in the above-entitled court.

**DATED: December 18, 2009**              **/s/ OLIVER W. WANGER**
                                          **HONORABLE OLIVER W. WANGER**
                                          **UNITED STATES DISTRICT COURT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com