**DANIEL L. HARRALSON, #109322**
THE DANIEL HARRALSON LAW FIRM
A Professional Corporation
P.O. Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant:   STEVEN ALAN LOBUE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>STEVEN ALAN LOBUE,<br><br>     Defendant. | Case No. CRF-08-00384 OWW<br><br>**STIPULATION AND ORDER TO PLACE CHANGE OF PLEA HEARING ON CALENDAR**<br><br>Date:  December 21, 2009<br>Time: 9:00 am<br>Court: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a Change of Plea Hearing be placed on the courts calendar for Monday, December 21, 2009 at 9:00 am in the above-entitled court.

DATED:  December 17, 2009    **THE DANIEL HARRALSON LAW FIRM**
                              A Professional Corporation

                              /s/ Daniel L. Harralson
                              _____
                              **DANIEL L. HARRALSON, ESQ.**

                              /s/ David Gappa
DATED: December 17, 2009      _____
                              DAVID GAPPA
                              Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

**GOOD CAUSE APPEARING IT IS SO ORDERED** that the Change of Plea Hearing be placed on the courts calendar for Monday, December 17, 2009 at 9:00 am in the above-entitled court.

DATED: December 18, 2009                     /s/ OLIVER W. WANGER
                                             **HONORABLE OLIVER W. WANGER**
                                             **UNITED STATES DISTRICT COURT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com