BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
MATTHEW D. SEGAL
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 08-CR-00384 OWW |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATION REGARDING |
| | ) | RESTITUTION OWED BY DEFENDANT |
| v. | ) | STEVEN LOBUE |
| | ) | |
| STEVEN LOBUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The court has reviewed and considered the agreement of the parties regarding restitution. Defendant LoBUE is ordered to pay restitution in the amount of $11,566.66 as directed by the United States Probation Office.

IT IS SO ORDERED.

**Dated:** October 8, 2010        /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE